

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00406-CV

IN RE RANDLE C. DANIELS                                    RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 2010-PR01205-1-A, 2010-PR01205-1-B, 236-287527-16

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's "First Amended Petition for Writ of Mandamus, Emergency Relief" and "Appellant Trustee's Motion for Emergency Temporary Relief" and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency temporary relief are denied.

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED: November 3, 2016

---

[1]See Tex. R. App. P. 47.4.